UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CASE NO.:  5:23-mj-00052-CHW |
| : | |
| v. : | Violation: 18 U.S.C. § 641; and 18 U.S.C. § 7 and |
| : | 13, i/c/w, O.C.G.A. § 16-8-14.1 |
| JOY CORNELIUS : | |
| _____ : | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>

(THEFT OF GOVERNMENT PROPERTY)

That on or about February 12, 2023, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court,

**JOY CORNELIUS**,

did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) package of boxer shorts, having a total value of less than $1,000.00, in violation of Title 18 of the United States Code, Section 641.

<u>COUNT TWO</u>

(THEFT OF GOVERNMENT PROPERTY)

That on or about February 13, 2023, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court,

**JOY CORNELIUS**,

did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the

Army Air Force Exchange, to wit: one (1) black pair of fleece pants and one (1) purple hoodie, having a total value of less than $1,000.00, in violation of Title 18 of the United States Code, Section 641.

## COUNT THREE

(REFUND FRAUD)

That on or about February 13, 2023, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court,

**JOY CORNELIUS**,

did, unlawfully obtain a refund in the form of cash, check, or credit on a credit or debit card, by returning stolen merchandise belonging to the Army Air Force Exchange, to wit: one (1) package of boxer shorts, having a total value of less than $500.00, in violation of Title 18 of the United States Code, Sections 7 and 13 in conjunction with the Official Code of Georgia Annotated, Section 16-8-14.1.

PETER D. LEARY
UNITED STATES ATTORNEY

BY:   /S/ Jesse Oakes
JESSE OAKES
TENNESSEE Bar No.: 034375
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 222-0560